UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS ELLIS;

Plaintiff,

HON.
CASE NO.26- -NO

vs.

HEATHER ROSS;

Defendant.
_________________________________/

STUART A. FRASER V P73686
FRASER & SOUWEIDANE, P.C.
Attorney for Plaintiff
12900 Hall Road, Suite 330
Sterling Heights, MI 48313
(586) 463-0100; FAX (586) 463-2506
stuv@fsattorneys.com
_________________________________/

# COMPLAINT AND DEMAND FOR TRIAL BY JURY

THERE IS NO OTHER CIVIL ACTION BETWEEN THESE PARTIES ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT PENDING IN THIS COURT NOR HAS ANY SUCH ACTION BEEN PREVIOUSLY FILED AND DISMISSED OR TRANSFERRED AFTER HAVING BEEN ASSIGNED TO A JUDGE, NOR DO I KNOW OF ANY OTHER CIVIL ACTION, NOT BETWEEN THESE PARTIES, ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT THAT IS EITHER PENDING OR WAS PREVIOUSLY FILED AND DISMISSED, TRANSFERRED, OR OTHERWISE DISPOSED OF AFTER HAVING BEEN ASSIGNED TO A JUDGE IN THIS COURT.

/s/ Stuart A. Fraser V
STUART A. FRASER V P73686

NOW COMES the Plaintiff, DENNIS ELLIS, by and through his attorneys, FRASER & SOUWEIDANE, P.C., and for his Complaint against Defendant, states:

**JURISDICTIONAL ALLEGATIONS**

1. Plaintiff, at all times relevant, was a resident of the County of Macomb, State of Michigan.

2. Defendant, at all times relevant, was a resident of the County of Licking, State of Ohio.

3. This lawsuit arises out of a dog bite that occurred on July 12, 2026, in the County of Macomb, State of Michigan.

4. Jurisdiction is appropriate in the United States District Court for the Eastern District of Michigan as there is complete diversity of citizenship among all plaintiffs and defendants. 28 U.S.C. 1332.

5. The amount in controversy is in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest, costs and attorney fees.

**COUNT I - STATUTORY CLAIM**

6. Plaintiff hereby incorporates the allegations in paragraphs 1 through 5, as though set forth herein, word for word and paragraph for paragraph.

7. On July 12, 2026, Defendant was the owner and/or possessor of a dog, which she had at a business that was open to the public.

8. On July 12, 2026, Defendant was the owner of a dog which viciously attacked the Plaintiff, without provocation, and bit his hand and fingers. The dog bit off the tip of one finger, and severely lacerated another, resulting in scarring.

9. At the time of the dog bite and attack, Plaintiff was lawfully on the business's property as a paying customer.

10. Defendant is liable pursuant to MCL 287.351 for the severe injuries afflicted upon the Plaintiff.

11. As a result of the statutory violation of Defendant, Plaintiff suffered severe injuries and scarring. Plaintiff claims all damages allowed under Michigan law, including without limitation, damages for medical expenses, wage loss, disability, loss of enjoyment of life, change of lifestyle, severe pain and suffering, anxiety, and emotional anguish.

WHEREFORE, Plaintiff requests this Honorable Court enter a judgment in his favor and against Defendant for whatever amount he is found to be entitled, together with costs, interest and attorney fees.

## COUNT II - COMMON LAW STRICT LIABILITY AND NEGLIGENCE CLAIMS AS TO DEFENDANT

12. Plaintiff hereby incorporates the allegations in paragraphs 1 through 11, as though set forth herein, word for word and paragraph for paragraph.

13. Defendant, as the owner of the dog, knew, or in the exercise of ordinary care should have known, the dog was violent and/or had a propensity for violence, prior to the time of the subject incident, and Defendant should have taken precautions to prevent the dog from biting and attacking the Plaintiff.

14. Defendant is strictly liable pursuant to the common law of the State of Michigan for the severe injuries afflicted upon the Plaintiff.

15. Defendant, as the owner of the dog, had the duty to exercise reasonable care for the protection of the Plaintiff, and to warn him of any dangerous propensities of the dog which Defendant knew, or should have known, and to take reasonable precautions to protect the Plaintiff from the dangers which were reasonably foreseeable,

such duties being breached by Defendant, such breaches of duty causing injury to Plaintiff.

16. Defendant, as the owner of the dog, owed certain duties and obligations to the Plaintiff, and did breach same by, including, but not limited to the following:

a. By allowing the dangerous dog to bite and attack the Plaintiff on private property;

b. By allowing the dangerous dog to enough lead on its leash, such that it was able to get to the Plaintiff and bite him;

c. By failing to warn the Plaintiff of the dog's propensity for violence;

d. By failing to keep the dog secured, or away from the Plaintiff, such that it was not able to bite the Plaintiff; and

e. Other acts of negligence and/or wrongdoing yet to be discovered.

17. Defendant was negligent and/or grossly negligent, which negligence and/or gross negligence was a direct and proximate cause of the damages sustained by Plaintiff.

18. As a result of the statutory violation of Defendant, Plaintiff suffered severe injuries and scarring. Plaintiff claims all damages allowed under Michigan law, including without limitation, damages for medical expenses, wage loss, disability, loss of enjoyment of life, change of lifestyle, severe pain and suffering, anxiety, and emotional anguish.

WHEREFORE, Plaintiff requests this Honorable Court enter a judgment in his favor and against Defendant for whatever amount he is found to be entitled, together with costs, interest and attorney fees.

FRASER & SOUWEIDANE, P.C.

BY: /s/Stuart A. Fraser V
STUART A. FRASER V P73686
Attorney for Plaintiff
12900 Hall Road, Suite 330
Sterling Heights, MI 48313
(586) 463-0100; FAX: (586) 463-2506

Dated: November 16, 2026

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS ELLIS;

Plaintiff,

HON.
CASE NO.26- -NO

vs.

HEATHER ROSS;

Defendant.

_______________________________/

STUART A. FRASER V P73686
FRASER & SOUWEIDANE, P.C.
Attorney for Plaintiff
12900 Hall Road, Suite 330
Sterling Heights, MI 48313
(586) 463-0100; FAX (586) 463-2506
stuv@fsattorneys.com

_______________________________/

**DEMAND FOR TRIAL BY JURY**

NOW COMES Plaintiff, by and through his attorneys, FRASER & SOUWEIDANE, P.C., hereby demands a trial by jury of all issues involved in the above-entitled cause of action.

FRASER & SOUWEIDANE, P.C.

BY:*/s/Stuart A. Fraser V*
STUART A FRASER V P73686
Attorney for Plaintiff
12900 Hall Road, Ste. 330
Sterling Heights, MI 48313
(586) 463-0100; FAX (586) 463-2506

Dated: November 16, 2026